*E-Filed 10/2/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH EDWARD BARAJAS, | No. C 13-1469 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DR. ROBERT BIGGS, et al., | |
| Defendants. | |

Plaintiff has failed to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to file, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint addressing the deficiencies identified in the Court's order dismissing the complaint with leave to amend. Plaintiff's motion for an extension of time (Docket No. 8) is DENIED. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 8, and close the file.

**IT IS SO ORDERED**.

DATED: October 1, 2013

RICHARD SEEBORG
United States District Judge