*E-Filed 10/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH EDWARD BARAJAS, | No. C 13-1469 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| DR. ROBERT BIGGS, et al., | |
| Defendants. | |

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint. Plaintiff since has filed an amended complaint, which the Court construes as containing a motion to reopen the action. So construed, it is GRANTED. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 10) and the order of dismissal (Docket No. 9) are VACATED. The Court will review the amended complaint in a separate order.

**IT IS SO ORDERED**.

DATED: October 10, 2013

RICHARD SEEBORG
United States District Judge